```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION


STEVE GRUBAUGH,

            Plaintiff,

     vs.                          Civil Action 2:06-CV-788
                                  Judge Holschuh
                                  Magistrate Judge King

WEYERHAUSER COMPANY,

            Defendant.
```

ORDER

A status conference was held, by telephone, on July 12, 2007. All parties were represented.

The parties have agreed to terms of settlement.  With the agreement of the parties, this action is hereby **DISMISSED,** with prejudice, except that the case will be reopened upon motion by either party filed within sixty (60) days.


July 12, 2007                          *s/Norah McCann King*
                              Norah M<sup>c</sup>Cann King
                              United States Magistrate Judge